Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiffs,
JENNIFER LUKAS AND JOYCE WATTERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JENNIFER LUKAS AND JOYCE WATTERS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNITED BEHAVIORAL HEALTH AND IBM MEDICAL AND DENTAL EMPLOYEE WELFARE BENEFIT PLANS,<br><br>  Defendants. | CASE NO: 2:09-CV-02423-WBS-DAD<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' UNOPPOSED REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141 |

The Court having read and considered the Plaintiffs' Request to Seal Documents, there being no opposition thereto, and good cause appearing therefor, for the reasons set forth in the memorandum of points and authorities submitted in support of the motion, pursuant to Federal Rules of Civil Procedure 26(c) and 5.2, and Local Rule 141,

**IT IS HEREBY ORDERED** that the documents comprising the trial exhibits (including the Administrative Record) submitted to the Court with the Motion to Seal Documents, shall be filed under seal. This order is subject to reconsideration upon the application of any party or other interested third-person.

The court declines, however, the request to seal the Memorandum of Points and Authorities in support of the Motion to Seal Documents. The court also declines to order all trial briefing in this matter to be filed under seal, subject to reconsideration after the court has an opportunity to review the matters set forth in the briefing. The parties should be apprised that it is **not** the court's intention to take the highly unusual step of sealing its findings of fact, conclusions of law, or order setting forth the reasons for its final judgment in this matter.

DATE: December 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, CA 91324.

    On December 20, 2010, I served the foregoing document described as: [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141 on the interested parties in this action by personally serving a true copy thereof enclosed in a sealed envelope addressed as follows:

    David M. Humiston - david.humiston@sdma.com
    Robert C. Bohner - robert.bohner@sama.com
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
    801 South Figueroa Street, 18th Floor
    Los Angeles, California 90017-5556

[X] (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[X] (BY E-MAIL) I e-mailed such document to the e-mail address above following regular business practices.

[ ] (BY FEDERAL EXPRESS) I caused such envelope to be delivered on January 19, 2005 by Federal Express to the office of the addressee so indicated.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on December 20, 2010 at Northridge, California.

                                              _____
                                              Denise Anderson