1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13              EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO
14

| | |
|---|---|
| JENNIFER LUKAS and JOYCE WATTERS,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED BEHAVIORAL HEALTH AND IBM MEDICAL AND DENTAL EMPLOYEE WELFARE BENEFIT PLANS,<br><br>        Defendants. | CASE NO. 2:09-CV-02423-WBS-DAD<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>**NEW TRIAL**<br>**DATE:  MARCH 10, 2011**<br>**COURTROOM: 5**<br>**TIME: 9:00 A.M.** |

/ /
/ /
/ /
/ /
/ /

PURSUANT TO THE STIPULATION, AND GOOD CAUSE SHOWING THEREOF, IT IS ORDERED that:

1. That trial be continued to March 10, 2011;
2. Last day for Plaintiffs to File their Findings and Conclusions is February 24, 2011;
3. Last day for Defendant's to file their Findings and Conclusions is March 3, 2011;
4. Last day for each party to the file their replies to the opposing party's opposition to trial briefs is March 3, 2011.
5. Last day for each party to exchange copies of all exhibits identified in the Final Pretrial Order, or make them reasonably available for inspection by all other parties, pursuant to Paragraph VII (F) of the Final Pretrial Order, is March 3, 2011.
6. Last day to file and serve any and all objections to exhibits identified in the Final Pretrial Order, pursuant to Paragraph VII (F) of the Final Pretrial Order, is March 7, 2011.

SO ORDERED.

Dated: January 25, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE