KANTOR & KANTOR, LLP
LISA S. KANTOR Bar No. 110678
ELIZABETH K. GREEN Bar No. 199634
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
email: lkantor@kantorlaw.net
email: egreen@kantorlaw.net

Attorneys for Plaintiffs
JENNIFER LUKAS and JOYCE WATTERS

SEDGWICK, DETERT, MORAN & ARNOLD LLP
DAVID M. HUMISTON Bar No. 90579
ROBERT C. BOHNER Bar No. 136641
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921
email:  david.humiston@sdma.com
email:  robert.bohner@sdma.com

Attorneys for Defendants
UNITED BEHAVIORAL HEALTH
and IBM Medical and Dental Benefits Plan,
erroneously sued and served as IBM Medical
and Dental Employee Welfare Benefit Plans

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| JENNIFER LUKAS and JOYCE WATTERS,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED BEHAVIORAL HEALTH AND IBM MEDICAL AND DENTAL EMPLOYEE WELFARE BENEFIT PLANS,<br><br>            Defendants. | CASE NO. 2:09-CV-02423-WBS-DAD<br><br>**ORDER TO CONTINUE DATES** |

1  The Court, having considered the parties' Joint Stipulation to Continue
2  Dates, and finding good cause thereon, hereby orders that the deadline for
3  Plaintiffs to file a Motion for Attorney's Fees and Costs and Prejudgment Interest
4  is continued by 14 days from April 15, 2013 to April 29, 2013.

6  IT IS HEREBY ORDERED.

8  DATED:   April 09, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE